# NO. 12-24-00065-CR

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

| | | |
|---|---|---|
| *LEONARD PRESTON, JR.,* **APPELLANT** | § | *APPEAL FROM THE 369TH* |
| *V.* | § | *JUDICIAL DISTRICT COURT* |
| *THE STATE OF TEXAS,* **APPELLEE** | § | *ANDERSON COUNTY, TEXAS* |

### MEMORANDUM OPINION
### PER CURIAM

Leonard Preston, Jr.'s appellate counsel filed a motion to dismiss this appeal. According to the motion, Appellant contacted counsel by letter and advised that he no longer desires to pursue the appeal. Appellant's letter is attached to the motion to dismiss. In his letter, Appellant states, "I would just like to terminate the appeal process all together." On September 20, 2024, counsel mailed a motion to dismiss to Appellant for his signature, but tracking information shows that as of October 5, the mailing has not been delivered.

At any time before an appellate court's decision, the appellate court may dismiss the appeal upon the appellant's motion signed by both appellant and his counsel. TEX. R. APP. P. 44.2(a). Appellant has not signed the motion to dismiss his appeal. Nevertheless, given Appellant's letter, we conclude that good cause exists to suspend the operation of Rule 42.2(a) in accordance with Rule 2. *See* TEX. R. APP. P. 2 ("On a party's motion or on its own initiative an appellate court may--to expedite a decision or for other good cause--suspend a rule's operation in a particular case and order a different procedure"); *see also* **Flowers v. State**, No. 06-18-00104-CR, 2018 WL 3848645, at *1 (Tex. App.—Texarkana Aug. 14, 2018, no pet.) (mem. op., not designated for publication) (citing Rule 42.2 and dismissing appeal when counsel's motion to

dismiss, included appellant's letter requesting dismissal of appeal); *see generally **Jolls v. State***, No. 12-24-00215-CR, 2024 WL 3998797, at *1 (Tex. App.—Tyler Aug. 29, 2024, no pet.) (per curiam) (mem. op., not designated for publication) (dismissing appeal based on Appellant's representations at hearing and trial court's letter, finding good cause to suspend operation of Rule 42).  Accordingly, we ***grant*** the motion to dismiss and ***dismiss*** the appeal.

Opinion delivered October 9, 2024.
*Panel consisted of Worthen, C.J., Hoyle, J., and Neeley, J.*

(DO NOT PUBLISH)



# COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT OF TEXAS

# JUDGMENT

**OCTOBER 9, 2024**

**NO. 12-24-00065-CR**

**LEONARD PRESTON, JR.,**
Appellant
V.
**THE STATE OF TEXAS,**
Appellee

---

Appeal from the 369th District Court

of Anderson County, Texas (Tr.Ct.No. 369CR-22-36062)

---

THIS CAUSE came on to be heard on the motion of the Appellant to dismiss the appeal herein, and the same being considered, it is hereby ORDERED, ADJUDGED and DECREED by this Court that the motion to dismiss be **granted** and the appeal be **dismissed,** and that the decision be certified to the court below for observance.

By *per curiam* opinion.
*Panel consisted of Worthen, C.J., Hoyle, J. and Neeley, J.*